# EXHIBIT 3

1 | Ernest W. Klatte, III (State Bar No. 115914)
eklatte@rutan.com
2 | Shawn M. Larsen (State Bar No. 204439)
slarsen@rutan.com
3 | RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
4 | Costa Mesa, California 92626-1931
Telephone:  714-641-5100
5 | Facsimile:   714-546-9035

6 | Thomas A. Pistone
tpistone@pistonewolder.com
7 | Pistone & Wolder, LLP
2010 Main Street, Suite 900
8 | Irvine, CA  92614-8203
Telephone:  (949) 864-9660
9 | Facsimile:   (949) 622-8985

10 | Attorneys for Defendants
Monex Deposit Company; Comco Management
11 | Corporation; Monex Credit Company; and
Metco Management Corporation

12

UNITED STATES DISTRICT COURT

13

CENTRAL DISTRICT OF CALIFORNIA

14

SOUTHERN DIVISION

15

16 | THOMAS LA PARNE and EMILE
BOUARI, individually and on behalf of
17 | themselves and all others similarly
situated,

18 |             Plaintiffs,

19 |      vs.

20 | MONEX DEPOSIT COMPANY, a
California limited partnership; COMCO
21 | MANAGEMENT CORPORATION, a
California corporation; MONEX
22 | CREDIT COMPANY, a California
limited partnership; METCO
23 | MANAGEMENT CORPORATION; and
Does 1 through 10,

24

25 |             Defendants.

26

27

28

Case No. SACV08-00302 DOC (MLGx)

CLASS ACTION

**DEFENDANT MONEX DEPOSIT COMPANY'S RESPONSE TO PLAINTIFF LA PARNE'S FIRST SET OF REQUESTS FOR PRODUCTION**

Date Action Filed:   March 18, 2008
Trial Date:              September 14, 2010

2310/026854-0001
956104 02 a11/05/08

1   PROPOUNDING PARTY:    Plaintiff THOMAS LA PARNE

2   RESPONDING PARTY:    Defendant MONEX DEPOSIT COMPANY

3   SET NO.:    One

4

5      Defendant Monex Deposit Company ("Monex") responds to the first set of

6   Requests for Production propounded by Plaintiff Thomas La Parne ("Plaintiff") as

7   follows:

8      **REQUESTS FOR PRODUCTION AND RESPONSES THERETO**

9   **REQUEST NO. 1**:

10      The complete personnel file(s) of the named Plaintiffs, including but not

11   limited to applications, compensation agreements and/or contracts of employment,

12   resumes, performance evaluations, awards, supervisor notes and comments, and

13   disciplinary actions taken, if any.

14   **RESPONSE TO REQUEST NO. 1**:

15      Monex will produce the personnel files for Plaintiffs La Parne and Bouari.

16   **REQUEST NO. 2**:

17      The complete payroll history of the named Plaintiffs, including but not

18   limited to all compensation, payroll deduction authorizations, and tax documents,

19   e.g., W-2's, received by the named Plaintiffs and records of all deductions or

20   withholdings of any nature made by any Defendant.

21   **RESPONSE TO REQUEST NO. 2**:

22      Monex objects to this Request on the ground that it is vague and ambiguous

23   in its use of the phrase "[t]he complete payroll history." Subject to, and without

24   waiver of, the foregoing objection, Monex responds as follows:

25      Monex will produce all non-privileged documents responsive to this

26   Request.

27

28

1  **REQUEST NO. 3**:

2      All documents showing or having the tendency to show the number of hours

3  the named Plaintiffs worked for any Defendant(s).

4  **RESPONSE TO REQUEST NO. 3**:

5      Monex objects to this Request on the ground that it is overbroad as to time.

6  Monex reasonably interprets this Request as calling only for documents "showing

7  or having the tendency to show the number of hours . . . worked" during the

8  relevant time period.  Subject to, and without waiver of, the foregoing objection,

9  Monex responds as follows:

10      Monex will produce all non-privileged documents responsive to this

11  Request.

12  **REQUEST NO. 4**:

13      All payroll records for the named Plaintiffs.

14  **RESPONSE TO REQUEST NO. 4**:

15      Monex objects to this Request on the ground that it is wholly duplicative of

16  Plaintiff's Request No. 2.  Subject to, and without waiver of, the foregoing

17  objection, Monex responds as follows:

18      Monex will produce all non-privileged documents responsive to this

19  Request.

20  **REQUEST NO. 5**:

21      All time cards, sheets, or records for the named Plaintiffs.

22  **RESPONSE TO REQUEST NO. 5**:

23      Monex objects to this Request to the extent that it is wholly duplicative of

24  Plaintiff's Request No. 3.  Monex further objects to this Request on the ground that

25  it is overbroad as to time.  Monex reasonably interprets this Request as calling only

26  for documents relating to the relevant time period.  Subject to, and without waiver

27  of, the foregoing objection, Monex responds as follows:

28

1    Monex will produce all non-privileged documents responsive to this
2 Request.

3 **REQUEST NO. 6**:

4    All computer log-in and log-out records for the named Plaintiffs.

5 **RESPONSE TO REQUEST NO. 6**:

6    Monex objects to this Request on the ground that it is overbroad as to time.
7 Monex reasonably interprets this Request as calling only for documents relating to
8 the relevant time period. Monex further objects to this Request on the ground that
9 it is vague and ambiguous in its use of the phrase "computer log-in and log-out
10 records." Monex further objects to this Request on the ground that it seeks
11 information that is irrelevant to the subject matter of this action and, therefore, not
12 reasonably calculated to lead to the discovery of admissible evidence. Subject to,
13 and without waiver of, the foregoing objection, Monex responds as follows:

14    Monex has made a diligent search and reasonable inquiry concerning this
15 Request and is unable to produce any documents responsive to this Request
16 because the documents do not exist.

17 **REQUEST NO. 7**:

18    All computer server activity logs for the named Plaintiffs.

19 **RESPONSE TO REQUEST NO. 7**:

20    Monex objects to this Request on the ground that it is vague and ambiguous
21 in its use of the phrase "computer server activity logs." Monex further objects to
22 this Request on the ground that it is overbroad as to time. Monex reasonably
23 interprets this Request as calling only for documents relating to the relevant time
24 period. Monex further objects to this Request on the ground that it seeks
25 information that is irrelevant to the subject matter of this action and, therefore, not
26 reasonably calculated to lead to the discovery of admissible evidence.

27

28

1    **REQUEST NO. 8**:

2          All logs of all e-mails sent and received, including all **meta tags, by the**

3    named Plaintiffs.

4    **RESPONSE TO REQUEST NO. 8**:

5          Monex objects to this Request on the ground that it is overbroad as to time.

6    Monex reasonably interprets this Request as calling only for documents relating to

7    the relevant time period.  Monex objects to this Request on the ground that it is

8    vague and ambiguous in its use of the phrase "logs of all e-mails sent and

9    received."  Monex further objects to this Request on the ground that it seeks

10   information that is irrelevant to the subject matter of this action and, therefore, not

11   reasonably calculated to lead to the discovery of admissible evidence.  Subject to,

12   and without waiver of, the foregoing objection, Monex responds as follows:

13         Monex has made a diligent search and reasonable inquiry concerning this

14   Request and is unable to produce any documents responsive to this Request

15   because the documents do not exist.

16   **REQUEST NO. 9**:

17         All logs showing any internet activity by the named Plaintiffs.

18   **RESPONSE TO REQUEST NO. 9**:

19         Monex objects to this Request on the ground that it is overbroad as to time.

20   Monex reasonably interprets this Request as calling only for documents relating to

21   the relevant time period.  Monex further objects to this Request on the ground that

22   it seeks information that is irrelevant to the subject matter of this action and,

23   therefore, not reasonably calculated to lead to the discovery of admissible

24   evidence.  Subject to, and without waiver of, the foregoing objection, Monex

25   responds as follows:

26         Monex has made a diligent search and reasonable inquiry concerning this

27   Request and is unable to produce any documents responsive to this Request

28   because the documents do not exist.

2310/026854-0001
956104.02 a11/05/08

Case No.  SACV08-00302 DOC (MLGx)
DEFENDANT MONEX DEPOSIT CO.'S RESPONSE
TO LA PARNE'S REQUEST FOR PRODUCTION

1 **REQUEST NO. 10:**

2       All alarm and/or key swipe entrance and exit logs or entries for the named

3 Plaintiffs.

4 **RESPONSE TO REQUEST NO. 10:**

5       Monex objects to this Request on the ground that it is overbroad as to time.

6 Monex reasonably interprets this Request as calling only for documents relating to

7 the relevant time period. Monex further objects to this Request on the ground that

8 it seeks information that is irrelevant to the subject matter of this action and,

9 therefore, not reasonably calculated to lead to the discovery of admissible

10 evidence. Monex further objects to this Request on the ground that it is compound.

11 Subject to, and without waiver of, the foregoing objection, Monex responds as

12 follows:

13       Monex has made a diligent search and reasonable inquiry concerning this

14 Request and is unable to produce any documents responsive to this Request

15 because the documents do not exist.

16 **REQUEST NO. 11:**

17       All parking lot logs for the named Plaintiffs.

18 **RESPONSE TO REQUEST NO. 11:**

19       Monex objects to this Request on the ground that it is overbroad as to time.

20 Monex reasonably interprets this Request as calling only for documents relating to

21 the relevant time period. Monex further objects to this Request on the ground that

22 it seeks information that is irrelevant to the subject matter of this action and,

23 therefore, not reasonably calculated to lead to the discovery of admissible

24 evidence. Subject to, and without waiver of, the foregoing objection, Monex

25 responds as follows:

26       Monex has made a diligent search and reasonable inquiry concerning this

27 Request and is unable to produce any documents responsive to this Request

28 because the documents do not exist.

1 | **REQUEST NO. 12**:

2 | All cell phone and telephone logs and bills reflecting calls sent and received

3 | by the named Plaintiffs.

4 | **RESPONSE TO REQUEST NO. 12**:

5 | Monex objects to this Request on the ground that it is overbroad as to time.

6 | Monex reasonably interprets this Request as calling only for documents relating to

7 | the relevant time period. Monex further objects to this Request on the ground that

8 | it seeks information that is irrelevant to the subject matter of this action and,

9 | therefore, not reasonably calculated to lead to the discovery of admissible

10 | evidence. Subject to, and without waiver of, the foregoing objection, Monex

11 | responds as follows:

12 | Upon reasonable search and diligent inquiry, Monex cannot produce cell

13 | phone records or bills because no such document(s) exist. Otherwise, Monex will

14 | produce all non-privileged documents responsive to this Request.

15 | **REQUEST NO. 13**:

16 | All expense reimbursement requests, including without limitation mileage

17 | records for the named Plaintiffs.

18 | **RESPONSE TO REQUEST NO. 13**:

19 | Monex objects to this Request on the ground that it is overbroad as to time.

20 | Monex reasonably interprets this Request as calling only for documents relating to

21 | the relevant time period. Monex objects to this Request on the ground that it is

22 | vague and ambiguous in its use of the phrase "expense reimbursement requests."

23 | Subject to, and without waiver of, the foregoing objection, Monex responds as

24 | follows:

25 | Monex has made a diligent search and reasonable inquiry concerning this

26 | Request and is unable to produce any documents responsive to this Request

27 | because the documents do not exist.

28 |

Case No.  SACV08-00302 DOC (MLGx)
DEFENDANT MONEX DEPOSIT CO.'S RESPONSE
TO LA PARNE'S REQUEST FOR PRODUCTION

1  **REQUEST NO. 14**:

2      All documents setting forth the amount of expenses that each named

3  Plaintiff incurred that were not reimbursed by any Defendant each year.

4  **RESPONSE TO REQUEST NO. 14**:

5      Monex objects to this Request on the ground that it is overbroad as to time.

6  Monex reasonably interprets this Request as calling only for documents relating to

7  the relevant time period. Subject to, and without waiver of, the foregoing

8  objection, Monex responds as follows:

9      Monex has made a diligent search and reasonable inquiry concerning this

10 Request and is unable to produce any documents responsive to this Request

11 because the documents do not exist.

12 **REQUEST NO. 15**:

13     All customer relationship management activity logs (e.g., salesforce.com)

14 for the named Plaintiffs.

15 **RESPONSE TO REQUEST NO. 15**:

16     Monex objects to this Request on the ground that it is vague and ambiguous

17 in its use of the phrase "relationship management activity logs (e.g.,

18 salesforce.com)."

19 **REQUEST NO. 16**:

20     All documents reflecting the actual activities performed by the named

21 Plaintiffs while employed by any Defendant.

22 **RESPONSE TO REQUEST NO. 16**:

23     Monex objects to this Request on the ground that it is overbroad as to time.

24 Monex reasonably interprets this Request as calling only for documents relating to

25 the relevant time period. Monex further objects to this Request on the ground that

26 it is vague and ambiguous in its use of the phrase "reflecting the actual activities

27 performed by." Monex further objects to this Request on the ground that it is so

28

1   overbroad and unduly burdensome as to be harassing.   Subject to, and without
2   waiver of, the foregoing objections, Monex responds as follows:

3        Monex will produce all non-privileged documents responsive to this
4   Request.

5   **REQUEST NO. 17:**

6        Signed or unsigned statements of any person regarding the hours worked or
7   activities performed by either or both named Plaintiffs.

8   **RESPONSE TO REQUEST NO. 17:**

9        Monex objects to this Request to the extent it seeks information that is
10  protected from disclosure by the attorney-client privilege and/or the attorney work
11  product doctrine.  Monex further objects to this Request on the ground that it is
12  vague and ambiguous in its use of the phrase "regarding the hours worked or
13  activities performed."  Subject to, and without waiver of, the foregoing objections,
14  Monex responds as follows:

15       Monex will produce all non-privileged documents responsive to this
16  Request.

17  **REQUEST NO. 18:**

18       Statements of any persons regarding any and all facts concerning whether or
19  not Class Members are or have been properly classified as exempt from overtime
20  requirements.

21  **RESPONSE TO REQUEST NO. 18:**

22       Monex objects to this Request to the extent it seeks information that is
23  protected from disclosure by the attorney-client privilege and/or the attorney work
24  product doctrine.  Monex further objects to this Request on the ground that it is
25  vague and ambiguous in its use of the phrase "concerning whether or not Class
26  Members are or have been properly classified as exempt from overtime
27  requirements."  Subject to, and without waiver of, the foregoing objections, Monex
28  responds as follows:

1   Monex has made a diligent search and reasonable inquiry concerning this
2   Request and is unable to produce any documents responsive to this Request
3   because the documents do not exist.

4   **REQUEST NO. 19**:

5   All employee handbooks, manuals, and guidelines for Class Members in
6   effect at any time from January 2000 through the present.

7   **RESPONSE TO REQUEST NO. 19**:

8   Monex objects to this Request on the ground that it is overbroad as to time.
9   Monex reasonably interprets this Request as calling only for documents relating to
10  the relevant time period. Subject to, and without waiver of, the foregoing
11  objections, Monex responds as follows:

12  Monex will produce all non-privileged documents responsive to this
13  Request.

14  **REQUEST NO. 20**:

15  All job descriptions, position descriptions, and guidelines for Class
16  Members in effect at any time from January 2000 through the present.

17  **RESPONSE TO REQUEST NO. 20**:

18  Monex objects to this Request on the ground that it is overbroad as to time.
19  Monex reasonably interprets this Request as calling only for documents relating to
20  the relevant time period. Subject to, and without waiver of, the foregoing
21  objections, Monex responds as follows:

22  Monex will produce all non-privileged documents responsive to this
23  Request.

24  **REQUEST NO. 21**:

25  All documents that summarize or otherwise state the activities that Class
26  Members were or are expected to perform or otherwise engage in, in effect at any
27  time from January 2000 through the present.

28

**RESPONSE TO REQUEST NO. 21:**

Monex objects to this Request on the ground that it is wholly duplicative of Request No. 20. Monex objects to this Request on the ground that it is overbroad as to time. Monex reasonably interprets this Request as calling only for documents relating to the relevant time period. Subject to, and without waiver of, the foregoing objections, Monex responds as follows:

Monex will produce all non-privileged documents responsive to this Request.

**REQUEST NO. 22:**

All documents that summarize the amount of time that Class Members are expected to be engaged in any work activity, in effect at any time from January 2000 through the present.

**RESPONSE TO REQUEST NO. 22:**

Monex further objects to this Request to the extent it seeks information that is protected from disclosure by the attorney work product doctrine. Monex objects to this Request on the ground that it is overbroad as to time. Monex reasonably interprets this Request as calling only for documents relating to the relevant time period. Subject to, and without waiver of, the foregoing objections, Monex responds as follows:

Monex will produce all non-privileged documents responsive to this Request.

**REQUEST NO. 23:**

All documents that reflect the hours worked by Class Members at any time from March 2004 through present, including without limitation time cards or time sheets.

**RESPONSE TO REQUEST NO. 23:**

Monex objects to this Request to the extent that it is wholly duplicative of Plaintiff's Request Nos. 3 and 5. Subject to, and without waiver of, the foregoing objection, Monex responds as follows:

Monex will produce all non-privileged documents responsive to this Request.

**REQUEST NO. 24:** —

All documents that reflect the meal breaks taken by Class Members at any time from March 2004 through the present, including without limitation time cards or time sheets.

**RESPONSE TO REQUEST NO. 24:**

Monex objects to this Request on the ground that it is vague and ambiguous in its use of the phrase "the meal breaks taken by Class Members at any time from March 2004 through the present." Monex objects to this Request to the extent that it is wholly duplicative of Plaintiff's Request Nos. 3 and 5. Subject to, and without waiver of, the foregoing objection, Monex responds as follows:

Monex will produce all non-privileged documents responsive to this Request, if any.

**REQUEST NO. 25:**

All documents that reflect the rest breaks taken by Class Members at any time from March 2004 through the present, including without limitation time cards or time sheets.

**RESPONSE TO REQUEST NO. 25:**

Monex objects to this Request on the ground that it is vague and ambiguous in its use of the phrase "the rest breaks taken by Class Members at any time from March 2004 through the present." Monex objects to this Request to the extent that it is wholly duplicative of Plaintiff's Request Nos. 3 and 5. Subject to, and without waiver of, the foregoing objection, Monex responds as follows:

Case No. SACV08-00302 DOC (MLGx)
DEFENDANT MONEX DEPOSIT CO.'S RESPONSE
TO LA PARNE'S REQUEST FOR PRODUCTION

1    Monex will produce all non-privileged documents responsive to this
2    Request, if any.

3    **REQUEST NO. 26**:

4    All documents that reflect production goals that Defendants, or any of them,
5    set for Class Members, in effect at any time from March 2004 through the present.

6    **RESPONSE TO REQUEST NO. 26**:

7    Monex objects to this Request on the ground that it is vague and ambiguous
8    in its use of the phrase "production goals that Defendants, or any of them, set for
9    Class Members, in effect at any time from March 2004 through the present."
10   Monex objects to this Request on the ground that it seeks information that is
11   irrelevant to the subject matter of this action and therefore not reasonably
12   calculated to lead to the discovery of admissible evidence. Subject to, and without
13   waiver of, the foregoing objections, Monex responds as follows:

14   Monex will produce all non-privileged documents responsive to this
15   Request.

16   **REQUEST NO. 27**:

17   All documents that constitute or reflect any corporate files, board minutes,
18   notes, and/or agendas relating or referring to overtime, meals breaks, rest breaks,
19   and/or expenses that pertain to Class Members at any time from January 2000
20   through the present.

21   **RESPONSE TO REQUEST NO. 27**:

22   Monex objects to this Request on the ground that it is compound. Monex
23   further objects to this Request on the ground that it is overbroad as to time. Monex
24   reasonably interprets this Request as calling only for documents relating to the
25   relevant time period. Subject to, and without waiver of, the foregoing objections,
26   Monex responds as follows:

27

28

1  Monex has made a diligent search and reasonable inquiry concerning this
2  Request and is unable to produce any documents responsive to this Request
3  because the documents do not exist.

4  **REQUEST NO. 28:**

5  All documents that constitute or reflect any minutes, notes, or transcripts of
6  any compensation committee(s) of Defendants' board(s) of directors relating or
7  referring to overtime, meal breaks, rest breaks, and/or employee expenses in any of
8  Defendants' offices at any time from January 2000 through the present.

9  **RESPONSE TO REQUEST NO. 28:**

10  Monex objects to this Request on the ground that it is compound.  Monex
11  further objects to this Request on the ground that it is overbroad as to time.  Monex
12  reasonably interprets this Request as calling only for documents relating to the
13  relevant time period.  Subject to, and without waiver of, the foregoing objections,
14  Monex responds as follows:

15  Monex has made a diligent search and reasonable inquiry concerning this
16  Request and is unable to produce any documents responsive to this Request
17  because the documents do not exist.

18  **REQUEST NO. 29:**

19  All documents that constitute or reflect any reports or summaries of
20  overtime hours or pay of Defendants' employees in California or any other state
21  from January 2000 through the present.

22  **RESPONSE TO REQUEST NO. 29:**

23  Monex objects to this Request to the extent it seeks information that is
24  protected from disclosure by the attorney-client privilege and/or the attorney work
25  product doctrine.  Monex further objects to this Request on the ground that it is so
26  overbroad and unduly burdensome as to be harassing.  Monex further objects to
27  this Request to the extent that it calls for the production of confidential,
28

1  proprietary, or trade secret information.  Subject to, and without waiver of, the
2  foregoing objections, Monex responds as follows:

3       Monex has made a diligent search and reasonable inquiry concerning this
4  Request and is unable to produce any documents responsive to this Request
5  because the documents do not exist.

6  **REQUEST NO. 30**:

7       All documents that reflect the nature and duration of any training received
8  by Class Members at any time from January 2000 through the present.

9  **RESPONSE TO REQUEST NO. 30**:

10      Monex objects to this Request on the ground that it is overbroad as to time.
11  Monex reasonably interprets this Request as calling only for documents relating to
12  the relevant time period.   Subject to, and without waiver of, the foregoing
13  objections, Monex responds as follows:

14      Monex will produce all non-privileged documents responsive to this
15  Request.

16  **REQUEST NO. 31**:

17      All documents that reflect that Class Members received, in part or whole, a
18  salary at any time from January 2000 through the present.

19  **RESPONSE TO REQUEST NO. 31**:

20      Monex objects to this Request on the ground that it is so overbroad and
21  unduly burdensome as to be harassing.   Reasonably interpreted, virtually every
22  document generated during the relevant time period "reflect[]s" that putative class
23  members "received . . .salary."   Monex further objects to this Request on the
24  ground that it is overbroad as to time. Monex reasonably interprets this Request as
25  calling only for documents relating to the relevant time period.

26
27
28

1 | **REQUEST NO. 32**:

2 All compensation plans, including but not limited to compensation policies

3 and/or procedures, in effect for Class Members at any time from January 2000

4 through the present.

5 | **RESPONSE TO REQUEST NO. 32**:

6 Monex objects to this Request on the ground that it is vague and ambiguous

7 in its use of the phrase "compensation plans." Monex reasonable interprets this

8 phrase as seeking Monex's policies and procedures employee compensation.

9 Monex further objects to this Request on the ground that it is overbroad as to time.

10 Monex reasonably interprets this Request as calling only for documents relating to

11 the relevant time period. Subject to, and without waiver of, the foregoing

12 objections, Monex responds as follows:

13 Monex will produce all non-privileged documents responsive to this

14 Request.

15 | **REQUEST NO. 33**:

16 All operations manuals (including but not limited to all inserts or

17 attachments thereto) in effect at any time from January 2000 through the present.

18 | **RESPONSE TO REQUEST NO. 33**:

19 Monex objects to this Request on the ground that it is vague and ambiguous

20 with respect to the phrase "operations manual." Monex further objects to this

21 Request to the extent that it calls for the production of confidential, proprietary, or

22 trade secret information. Monex further objects to this Request on the ground that

23 it is overbroad as to time. Monex reasonably interprets this Request as calling only

24 for documents relating to the relevant time period. Subject to, and without waiver

25 of, the foregoing objections, Monex responds as follows:

26 Monex will produce all non-privileged documents responsive to this

27 Request.

28

1  **REQUEST NO. 34**:

2      All compliance manuals (including but not limited to all inserts or

3  attachments thereto) in effect at any time from January 2000 through the present.

4  **RESPONSE TO REQUEST NO. 34**:

5      Monex objects to this Request on the ground that it is vague and ambiguous

6  with respect to the phrase "compliance manuals."  Monex further objects to this

7  Request to the extent that it calls for the production of confidential, proprietary, or

8  trade secret information.  Monex further objects to this Request to the extent it is

9  duplicative of Request No. 33.  Monex further objects to this Request on the

10 ground that it is overbroad as to time.  Monex reasonably interprets this Request as

11 calling only for documents relating to the relevant time period.  Subject to, and

12 without waiver of, the foregoing objections, Monex responds as follows:

13     Monex will produce all non-privileged documents responsive to this

14 Request.

15 **REQUEST NO. 35**:

16     All documents setting forth each Defendant's policies and procedures

17 regarding any and all deductions or withholdings from the salary payments,

18 commissions, bonuses, fees, draws, wages, or other compensation of Class

19 Members.

20 **RESPONSE TO REQUEST NO. 35**:

21     Monex objects to this Request on the ground that it is vague and ambiguous

22 with respect to the phrase "regarding any and all deductions or withholdings from

23 the salary payments, commissions, bonuses, fees, draws, wages, or other

24 compensation of Class Members."  Monex further objects to this Request to the

25 extent that it calls for the production of confidential, proprietary, or trade secret

26 information. Monex further objects to this Request to the extent it is duplicative of

27 Request Nos. 32-34. Monex further objects to this Request on the ground that it is

28 overbroad as to time.  Monex reasonably interprets this Request as calling only for

1  documents relating to the relevant time period.  Subject to, and **without waiver of,**

2  the foregoing objections, Monex responds as follows:

3        Monex will produce all non-privileged documents **responsive to this**

4  Request.

5  **REQUEST NO. 36:**

6        All documents setting forth each Defendant's policies and procedures

7  regarding any and all expenses that may be incurred by Class Members in the

8  course of their employment that are not reimbursed by any Defendant.

9  **RESPONSE TO REQUEST NO. 36:**

10       Monex objects to this Request on the ground that it is vague and ambiguous

11  with respect to the phrase "regarding any and all expenses that may be incurred by

12  Class Members in the course of their employment that are not reimbursed by any

13  Defendant."  Monex further objects to this Request to the extent that it calls for the

14  production of confidential, proprietary, or trade secret information.  Monex further

15  objects to this Request to the extent it is duplicative of Request Nos. 32-34.

16  Subject to, and without waiver of, the foregoing objections, Monex responds as

17  follows:

18       Monex has made a diligent search and reasonable inquiry concerning this

19  Request and is unable to produce any documents responsive to this Request

20  because the documents do not exist.

21  **REQUEST NO. 37:**

22       All documents identifying all bases for exempting Class Members from

23  federal or state overtime pay requirements.

24  **RESPONSE TO REQUEST NO. 37:**

25       Monex objects to this Request to the extent it seeks information that is

26  protected from disclosure by the attorney-client privilege and/or the attorney work

27  product doctrine.  Monex further objects to this Request on the ground that it is

28  vague and ambiguous in its use of the phrase "identifying all bases for exempting

1 Class Members from federal or state overtime pay requirements." **Monex** further
2 objects to this Request on the ground that it is overbroad **as to time**. Monex
3 reasonably interprets this Request as calling only for documents relating to the
4 relevant time period.

5 **REQUEST NO. 38**:

6      All documents that relate to any policy or procedure Defendants had in
7 effect at any time from January 2000 through the present regarding overtime
8 compensation for Class Members.

9 **RESPONSE TO REQUEST NO. 38**:

10      Monex objects to this Request on the ground that it is vague and ambiguous
11 in its use of the phrase "that relate to any policy or procedure . . . regarding
12 overtime compensation." Monex further objects to this Request on the ground that
13 it is overbroad as to time. Monex reasonably interprets this Request as calling only
14 for documents relating to the relevant time period. Subject to, and without waiver
15 of, the foregoing objections, Monex responds as follows:

16      Monex will produce all non-privileged documents responsive to this
17 Request, if any.

18 **REQUEST NO. 39**:

19      All documents from each Defendant addressed or directed to any or all Class
20 Members regarding the classification of Class Members as exempt from federal or
21 state overtime pay requirements.

22 **RESPONSE TO REQUEST NO. 39**:

23      Monex objects to this Request to the extent it seeks information that is
24 protected from disclosure by the attorney-client privilege and/or the attorney work
25 product doctrine. Monex further objects to this Request on the ground that it is
26 overbroad as to time. Monex reasonably interprets this Request as calling only for
27 documents relating to the relevant time period. Monex further objects to this
28 Request on the ground that it is vague and ambiguous in its use of the phrase

1 "regarding the classification of Class Members as exempt from federal or state
2 overtime pay requirements."

3 **REQUEST NO. 40**:

4      All documents, including those maintained in each Defendant's human
5 resources department, regarding the exemption classification of Class Members
6 under federal or state wage and hour law, including but not limited to manuals,
7 guidelines, handbooks, complaints, investigations, and memoranda.

8 **RESPONSE TO REQUEST NO. 40**:

9      Monex objects to this Request to the extent it seeks information that is
10 protected from disclosure by the attorney-client privilege and/or the attorney work
11 product doctrine. Monex further objects to this Request on the ground that it is
12 vague and ambiguous in its use of the phrase "regarding the exemption
13 classification of Class Members under federal or state wage and hour law." Monex
14 further objects to this Request on the ground that it is overbroad as to time. Monex
15 reasonably interprets this Request as calling only for documents relating to the
16 relevant time period. Subject to, and without waiver of, the foregoing objections,
17 Monex responds as follows:

18      Monex will produce all non-privileged documents responsive to this
19 Request.

20 **REQUEST NO. 41**:

21      All documents regarding self-critical analyses prepared by any Defendant or
22 anyone acting on any Defendant's behalf pertaining to any Defendant's exemption
23 classification of Class Members under federal or state wage and hour law,
24 including but not limited to investigations, reports, complaints, surveys,
25 questionnaires, and memoranda.

26 **RESPONSE TO REQUEST NO. 41**:

27      Monex objects to this Request to the extent it seeks information that is
28 protected from disclosure by the attorney-client privilege and/or the attorney work

1  product doctrine.  Monex further objects to this Request on the ground that it is
2  vague and ambiguous in its use of the phrase "self-critical analyses."  Monex
3  further objects to this Request on the ground that it is overbroad as to time.  Monex
4  reasonably interprets this Request as calling only for documents relating to the
5  relevant time period.  Subject to, and without waiver of, the foregoing objections,
6  Monex responds as follows:

7      Monex has made a diligent search and reasonable inquiry concerning this
8  Request and is unable to produce any documents responsive to this Request
9  because the documents do not exist.

10  **REQUEST NO. 42:**

11      All documents evidencing steps Defendants, or any of them, have taken to
12  ensure compliance with criteria for state and federal wage and hour law
13  exemptions with respect to Class Members.

14  **RESPONSE TO REQUEST NO. 42:**

15      Monex objects to this Request on the ground that it is overbroad as to time.
16  Monex reasonably interprets this Request as calling only for documents relating to
17  the relevant time period.  Monex further objects to this Request to the extent it
18  seeks information that is protected from disclosure by the attorney-client privilege
19  and/or the attorney work product doctrine. Monex further objects to this Request
20  on the ground that its vague and ambiguous in its use of the phrase "state and
21  federal wage and hour law exemptions with respect to Class Members."  Monex
22  further objects to this Request on the ground that it is so overbroad and unduly
23  burdensome as to be harassing.

24  **REQUEST NO. 43:**

25      All documents regarding any complaints, requests, or demands, formal or
26  informal, by any Class Members at any time for the payment of overtime
27  compensation.

28

1   **RESPONSE TO REQUEST NO. 43**:

2           Monex objects to this Request on the ground that it is overbroad as to time.

3   Monex reasonably interprets this Request as calling only for documents relating to

4   the relevant time period.  Monex further objects to this Request to the extent it

5   seeks information that is protected from disclosure by the attorney-client privilege

6   and/or the attorney work product doctrine.  Subject to, and without waiver of, the

7   foregoing objections, Monex responds as follows:

8           Monex has made a diligent search and reasonable inquiry concerning this

9   Request and is unable to produce any documents responsive to this Request

10  because the documents do not exist.

11  **REQUEST NO. 44**:

12          All documents regarding any complaints, requests, or demands, formal or

13  informal, relating to any charge that any Defendant failed to pay Class Members

14  for all hours worked and/or failed to provide Class Members with all meal breaks

15  and/or rest periods due at any time.

16  **RESPONSE TO REQUEST NO. 44**:

17          Monex objects to this Request on the ground that it is overbroad as to time.

18  Monex reasonably interprets this Request as calling only for documents relating to

19  the relevant time period.  Monex further objects to this Request to the extent it

20  seeks information that is protected from disclosure by the attorney-client privilege

21  and/or the attorney work product doctrine.  Subject to, and without waiver of, the

22  foregoing objections, Monex responds as follows:

23          Monex has made a diligent search and reasonable inquiry concerning this

24  Request and is unable to produce any documents responsive to this Request

25  because the documents do not exist.

26

27

28

1  **REQUEST NO. 45**:

2       All documents regarding any complaints, requests, or demands, formal or

3  informal, by any Class Member at any time for unreimbursed business-related

4  expenses.

5  **RESPONSE TO REQUEST NO. 45**:

6       Monex objects to this Request on the ground that it is overbroad as to time.

7  Monex reasonably interprets this Request as calling only for documents relating to

8  the relevant time period.  Monex further objects to this Request to the extent it

9  seeks information that is protected from disclosure by the attorney-client privilege

10 and/or the attorney work product doctrine.  Subject to, and without waiver of, the

11 foregoing objections, Monex responds as follows:

12      Monex has made a diligent search and reasonable inquiry concerning this

13 Request and is unable to produce any documents responsive to this Request

14 because the documents do not exist.

15 **REQUEST NO. 46**:

16      All documents regarding any complaints, requests, or demands, formal or

17 informal, by any Class Members at any time for the repayment of deductions taken

18 by any Defendant from such Class Members' compensation.

19 **RESPONSE TO REQUEST NO. 46**:

20      Monex objects to this Request on the ground that it is overbroad as to time.

21 Monex reasonably interprets this Request as calling only for documents relating to

22 the relevant time period.  Monex further objects to this Request to the extent it

23 seeks information that is protected from disclosure by the attorney-client privilege

24 and/or the attorney work product doctrine.  Subject to, and without waiver of, the

25 foregoing objections, Monex responds as follows:

26      Monex has made a diligent search and reasonable inquiry concerning this

27 Request and is unable to produce any documents responsive to this Request

28 because the documents do not exist.

1 **REQUEST NO. 47**:

2       All documents regarding any complaints, requests, demands, or

3 investigations by the United States Department of Labor or any State's equivalent

4 administrative body regarding Defendants' exemption classification of Class

5 Members and/or non-payment of overtime compensation.

6 **RESPONSE TO REQUEST NO. 47**:

7       Monex objects to this Request on the ground that it is overbroad as to time.

8 Monex reasonably interprets this Request as calling only for documents relating to

9 the relevant time period.  Monex further objects to this Request to the extent it

10 seeks information that is protected from disclosure by the attorney-client privilege

11 and/or the attorney work product doctrine.  Subject to, and without waiver of, the

12 foregoing objections, Monex responds as follows:

13       Monex has made a diligent search and reasonable inquiry concerning this

14 Request and is unable to produce any documents responsive to this Request

15 because the documents do not exist.

16 **REQUEST NO. 48**:

17       All documents regarding any complaints, requests, demands, or

18 investigations by the United States Department of Labor or any State's equivalent

19 administrative body regarding unreimbursed business-related expenses incurred by

20 any Class Member.

21 **RESPONSE TO REQUEST NO. 48**:

22       Monex objects to this Request on the ground that it is overbroad as to time.

23 Monex reasonably interprets this Request as calling only for documents relating to

24 the relevant time period.  Monex further objects to this Request to the extent it

25 seeks information that is protected from disclosure by the attorney-client privilege

26 and/or the attorney work product doctrine.  Subject to, and without waiver of, the

27 foregoing objections, Monex responds as follows:

28

1　　　Monex has made a diligent search and reasonable inquiry concerning this

2　Request and is unable to produce any documents responsive to this Request

3　because the documents do not exist.

4　**REQUEST NO. 49:**

5　　　All documents regarding any complaints, requests, demands, or

6　investigations by the United States Department of Labor or any State's equivalent

7　administrative body regarding deductions taken by any Defendant(s) from Class

8　Members' compensation.

9　**RESPONSE TO REQUEST NO. 49:**

10　　　Monex objects to this Request on the ground that it is overbroad as to time.

11　Monex reasonably interprets this Request as calling only for documents relating to

12　the relevant time period. Monex further objects to this Request to the extent it

13　seeks information that is protected from disclosure by the attorney-client privilege

14　and/or the attorney work product doctrine. Subject to, and without waiver of, the

15　foregoing objections, Monex responds as follows:

16　　　Monex has made a diligent search and reasonable inquiry concerning this

17　Request and is unable to produce any documents responsive to this Request

18　because the documents do not exist.

19　**REQUEST NO. 50:**

20　　　All documents regarding any claims made against any Defendant by any

21　Class Member with the United States Department of Labor or with any state

22　agency charged with enforcing state labor laws.

23　**RESPONSE TO REQUEST NO. 50:**

24　　　Monex objects to this Request on the ground that it is overbroad as to time.

25　Monex reasonably interprets this Request as calling only for documents relating to

26　the relevant time period. Monex further objects to this Request to the extent it

27　seeks information that is protected from disclosure by the attorney-client privilege

28

1   and/or the attorney work product doctrine.  Subject to, and without waiver of, the
2   foregoing objections, Monex responds as follows:

3        Monex has made a diligent search and reasonable inquiry concerning this
4   Request and is unable to produce any documents responsive to this Request
5   because the documents do not exist.

6   **REQUEST NO. 51**:

7        All documents regarding any time and motion studies performed regarding
8   Class Members.

9   **RESPONSE TO REQUEST NO. 51**:

10       Monex objects to this Request on the ground that it is overbroad as to time.
11   Monex reasonably interprets this Request as calling only for documents relating to
12   the relevant time period.  Monex further objects to this Request to the extent it
13   seeks information that is protected from disclosure by the attorney-client privilege
14   and/or the attorney work product doctrine.  Subject to, and without waiver of, the
15   foregoing objections, Monex responds as follows:

16       Monex has made a diligent search and reasonable inquiry concerning this
17   Request and is unable to produce any documents responsive to this Request
18   because the documents do not exist.

19   **REQUEST NO. 52**:

20       All documents regarding any surveys, studies, or questionnaires pertaining
21   to Class Members' work activities.

22   **RESPONSE TO REQUEST NO. 52**:

23       Monex objects to this Request on the ground that it is overbroad as to time.
24   Monex reasonably interprets this Request as calling only for documents relating to
25   the relevant time period.  Monex further objects to this Request to the extent it
26   seeks information that is protected from disclosure by the attorney-client privilege
27   and/or the attorney work product doctrine.  Monex further objects to this Request
28   on the ground that it is vague and ambiguous in its use of the phrase "pertaining to

1 Class Members' work activities." Subject to, and without waiver of, the foregoing

2 objections, Monex responds as follows:

3       Monex has made a diligent search and reasonable inquiry concerning this

4 Request and is unable to produce any documents responsive to this Request

5 because the documents do not exist.

6 **REQUEST NO. 53:**

7       All documents regarding any surveys, studies, or questionnaires pertaining

8 to Class Members' hours.

9 **RESPONSE TO REQUEST NO. 53:**

10       Monex objects to this Request on the ground that it is overbroad as to time.

11 Monex reasonably interprets this Request as calling only for documents relating to

12 the relevant time period. Monex further objects to this Request to the extent it

13 seeks information that is protected from disclosure by the attorney-client privilege

14 and/or the attorney work product doctrine. Monex further objects to this Request

15 on the ground that it is vague and ambiguous in its use of the phrase "pertaining to

16 Class Members' hours." Subject to, and without waiver of, the foregoing

17 objections, Monex responds as follows:

18       Monex has made a diligent search and reasonable inquiry concerning this

19 Request and is unable to produce any documents responsive to this Request

20 because the documents do not exist.

21 **REQUEST NO. 54:**

22       All documents that show or otherwise concern whether or not either or both

23 named Plaintiffs were exempt employees under state or federal wage and hour law.

24 **RESPONSE TO REQUEST NO. 54:**

25       Monex objects to this Request on the ground that it is vague and ambiguous

26 in it use of the phrase "show or otherwise concern whether or not either or both

27 named Plaintiffs were exempt employees under state or federal wage and hour

28 law." Monex objects to this Request on the ground that it is overbroad and unduly

1  burdensome as to be harassing.  Monex further objects to this Request to the extent

2  it seeks information that is protected from disclosure by the attorney-client

3  privilege and/or the attorney work product doctrine.

4  **REQUEST NO. 55:**

5       All documents that show that Defendants, or any of them, do not lack a

6  "retail concept" as that term is defined for purposes of the Federal Fair Labor

7  Standards Act, as amended, 29 U.S.C. § 201 *et seq.*

8  **RESPONSE TO REQUEST NO. 55:**

9       Monex objects to this Request on the ground that it is vague and ambiguous

10 in it use of the phrase "show that Defendants, or any of them, do not lack a "retail

11 concept" as that term is defined for purposes of the Federal Fair Labor Standards

12 Act, as amended, 29 U.S.C. § 201 *et seq.*"  Monex objects to this Request on the

13 ground that it is overbroad and unduly burdensome as to be harassing.  Monex

14 further objects to this Request to the extent it seeks information that is protected

15 from disclosure by the attorney-client privilege and/or the attorney work product

16 doctrine.

17 **REQUEST NO. 56:**

18      All documents that relate to any policy or procedure that Defendants, or any

19 of them, had in effect at any time from January 2000 through the present regarding

20 off-duty and/or on-duty meal periods for Class Members.

21 **RESPONSE TO REQUEST NO. 56:**

22      Monex objects to this Request to the extent it is duplicative of Request No.

23 32.  Monex further objects to this Request on the ground that it is vague and

24 ambiguous in its use of the phrase "regarding off-duty and/or on-duty meal

25 periods."  Monex further objects to this Request on the ground that it is overbroad

26 as to time.  Monex reasonably interprets this Request as calling only for documents

27 relating to the relevant time period.   Subject to, and without waiver of, the

28 foregoing objections, Monex responds as follows:

Case No.  SACV08-00302 DOC (MLGx)
DEFENDANT MONEX DEPOSIT CO.'S RESPONSE
TO LA PARNE'S REQUEST FOR PRODUCTION

1   Monex will produce all non-privileged documents responsive to this
2   Request, if any.

3   **REQUEST NO. 57**:

4   All documents that relate to any policy or procedure that Defendants, or any
5   of them, had in effect at any time from January 2000 through the present regarding
6   rest periods for Class Members.

7   **RESPONSE TO REQUEST NO. 57**:

8   Monex objects to this Request to the extent it is duplicative of Request No.
9   32. Monex further objects to this Request on the ground that it is vague and
10  ambiguous in its use of the phrase "regarding rest periods for Class Members."
11  Monex further objects to this Request on the ground that it is overbroad as to time.
12  Monex reasonably interprets this Request as calling only for documents relating to
13  the relevant time period. Subject to, and without waiver of, the foregoing
14  objections, Monex responds as follows:

15  Monex will produce all non-privileged documents responsive to this
16  Request.

17  **REQUEST NO. 58**:

18  All documents that relate to any policy or procedure that Defendants, or any
19  of them, had in effect at any time from January 2000 through the present regarding
20  vacation pay for Class Members, including but not limited to accrual, forfeiture,
21  and payment at time of termination.

22  **RESPONSE TO REQUEST NO. 58**:

23  Monex objects to this Request to the extent it is duplicative of Request No.
24  32. Monex further objects to this Request on the ground that it is vague and
25  ambiguous in its use of the phrase "regarding vacation pay for Class Members."
26  Monex further objects to this Request on the ground that it is overbroad as to time.
27  Monex reasonably interprets this Request as calling only for documents relating to
28

Case No. SACV08-00302 DOC (MLGx)
DEFENDANT MONEX DEPOSIT CO.'S RESPONSE
TO LA PARNE'S REQUEST FOR PRODUCTION

1   the relevant time period.   Subject to, and without waiver of, the foregoing

2   objections, Monex responds as follows:

3       Monex will produce all non-privileged documents responsive to this

4   Request.

5   **REQUEST NO. 59**:

6       All documents that relate to any policy or procedure that Defendants, or any

7   of them, had in effect at any time from January 2000 through the present regarding

8   payment of wages at time of termination, whether voluntary or involuntary, for

9   Class Members.

10   **RESPONSE TO REQUEST NO. 59**:

11       Monex objects to this Request to the extent it is duplicative of Request No.

12   32.   Monex further objects to this Request on the ground that it is vague and

13   ambiguous in its use of the phrase "regarding payment of wages at time of

14   termination."   Monex further objects to this Request on the ground that it is

15   overbroad as to time.   Monex reasonably interprets this Request as calling only for

16   documents relating to the relevant time period.   Subject to, and without waiver of,

17   the foregoing objections, Monex responds as follows:

18       Monex will produce all non-privileged documents responsive to this

19   Request.

20   **REQUEST NO. 60**:

21       All documents setting forth Defendants' policies and procedures relating to

22   any acts or omissions of Class Members that would subject them to any form of

23   discipline.

24   **RESPONSE TO REQUEST NO. 60**:

25       Monex objects to this Request on the ground that it is vague and ambiguous

26   in its use of the phrase "relating to any acts or omissions of Class Members that

27   would subject them to any form of discipline."   Monex further objects to this

28   Request on the ground that it is overbroad as to time.   Monex reasonably interprets

1  this Request as calling only for documents relating to the relevant time period.

2  Subject to, and without waiver of, the foregoing objections, Monex responds as

3  follows:

4      Monex will produce all non-privileged documents responsive to this

5  Request.

6  **REQUEST NO. 61**:

7      All documents setting forth any insurance policies, riders, and excess or

8  umbrella insurance policies that may provide coverage of any kind for any of the

9  claims alleged in this action.

10  **RESPONSE TO REQUEST NO. 61**:

11      Monex objects to this Request on the ground that it seeks information that is

12  irrelevant to the subject matter of this action and therefore not reasonably

13  calculated to lead to the discovery of admissible evidence. Monex also objects to

14  this Form Interrogatory on the ground that it seeks information directly relating to

15  Monex's financial affairs, in violation of Monex's constitutional right of financial

16  privacy.

17  **REQUEST NO. 62**:

18      All documents setting forth any communications by or between Defendants

19  concerning Defendants' compliance with the laws of the United States of America

20  and/or any state concerning compensation and/or hours or conditions of work (but

21  excluding documents pertaining exclusively to OSHA or labor union matters).

22  **RESPONSE TO REQUEST NO. 62**:

23      Monex objects to this Request on the ground that it is overbroad as to time.

24  Monex reasonably interprets this Request as calling only for documents relating to

25  the relevant time period. Monex further objects to this Request to the extent it

26  seeks information that is protected from disclosure by the attorney-client privilege

27  and/or the attorney work product doctrine. Monex further objects to this Request

28  on the ground that it is vague and ambiguous in its use of the phrase "concerning

1   Defendants' compliance with the laws of the United States of America and/or any

2   state concerning compensation and/or hours or conditions of work."   Subject to,

3   and without waiver of, the foregoing objections, Monex responds as follows:

4        Monex has made a diligent search and reasonable inquiry concerning this

5   Request and is unable to produce any documents responsive to this Request

6   because the documents do not exist.

7   **REQUEST NO. 63**:

8        All document retention policies that Defendants, or any of them, applied or

9   promulgated at any time from January 2000 through the present.

10  **RESPONSE TO REQUEST NO. 63**:

11       Monex objects to this Request on the ground that it is overbroad as to time.

12  Monex reasonably interprets this Request as calling only for documents relating to

13  the relevant time period.   Subject to, and without waiver of, the foregoing

14  objections, Monex responds as follows:

15       Monex will produce all non-privileged documents responsive to this

16  Request.

17  **REQUEST NO. 64**:

18       All documents relating or otherwise pertaining to information systems,

19  computer systems, or any other electronic data processing systems used by

20  Defendants, or any of them, now, or at any time from January 2000 through the

21  present, to store or process any documents or communications referring or relating

22  to Defendants' control of any and all business activities performed on Defendants'

23  behalf by any Class Members, including without limitation the type of software

24  used; the names and addresses of the personnel responsible for the ongoing

25  operation, maintenance, expansion, back-up, and upkeep of the computer system;

26  the back-up procedures used; the system for deletion of files; the archival system

27  used; the disaster recovery plans in place from January 2000 through the present;

28

1    the maintenance program used; the security system used for office computers; and

2    the database(s) used.

3    **RESPONSE TO REQUEST NO. 64:**

4       Monex objects to this Request on the ground that it is so overbroad and

5    unduly burdensome as to be harassing. Monex further objects to this Request to

6    the extent that it calls for the production of confidential, proprietary, or trade secret

7    information. Monex further objects to this Request on the ground that it is

8    compound. Monex further objects to this Request on the ground that it is vague

9    and ambiguous in its use of the phrase "relating or otherwise pertaining to

10    information systems, computer systems, or any other electronic data processing

11    systems used by Defendants . . . to store or process any documents or

12    communications referring or relating to Defendants' control of any and all business

13    activities performed on Defendants' behalf by any Class Members."

14    **REQUEST NO. 65:**

15       All contracts of employment in effect for Class Members at any time from

16    January 2000 through the present.

17    **RESPONSE TO REQUEST NO. 65:**

18       Monex objects to this Request to the extent it seeks information that is

19    protected from disclosure by the attorney-client privilege and/or the attorney work

20    product doctrine. Monex further objects to this Request on the ground that it is so

21    overbroad and unduly burdensome as to be harassing. Monex further objects to

22    this Request to the extent that it calls for the production of confidential,

23    proprietary, or trade secret information. Monex further objects to this Request on

24    the ground that it is vague and ambiguous in its use of the phrase "contracts of

25    employment." Subject to, and without waiver of, the foregoing objections, Monex

26    responds as follows:

27

28

1   Monex has made a diligent search and reasonable inquiry concerning this
2   Request and is unable to produce any documents responsive to this Request
3   because the documents do not exist.

4   **REQUEST NO. 66**:

5   All documents showing or otherwise reflecting all job descriptions in effect
6   for Class Members at any time from January 2000 through the present.

7   **RESPONSE TO REQUEST NO. 66**:

8   Monex objects to this Request on the ground that it is wholly duplicative of
9   Request No. 20.  Monex further objects to this Request on the ground that it is
10  overbroad as to time.  Monex reasonably interprets this Request as calling only for
11  documents relating to the relevant time period.  Subject to, and without waiver of,
12  the foregoing objections, Monex responds as follows:

13  Monex will produce all non-privileged documents responsive to this
14  Request.

15  **REQUEST NO. 67**:

16  All documents constituting any written or recorded statements by or from
17  any Class Members regarding their hours worked and/or activities performed.

18  **RESPONSE TO REQUEST NO. 67**:

19  Monex objects to this Request on the ground that it is wholly duplicative of
20  Request No. 17.  Monex objects to this Request to the extent it seeks information
21  that is protected from disclosure by the attorney-client privilege and/or the attorney
22  work product doctrine.  Monex further objects to this Request on the ground that it
23  is vague and ambiguous in its use of the phrase "regarding their hours worked
24  and/or activities performed."   Subject to, and without waiver of, the foregoing
25  objections, Monex responds as follows:

26  Monex has made a diligent search and reasonable inquiry concerning this
27  Request and is unable to produce any documents responsive to this Request
28  because the documents do not exist.

1  **REQUEST NO. 68**:

2      All documents that constitute or otherwise reflect the nature and duration of
3  training received by Class Members at any time from January 2000 through the
4  present.

5  **RESPONSE TO REQUEST NO. 68**:

6      Monex objects to this Request on the ground that it is wholly duplicative of
7  Request No. 30.  Monex objects to this Request on the ground that it is overbroad
8  as to time.  Monex reasonably interprets this Request as calling only for documents
9  relating to the relevant time period.   Subject to, and without waiver of, the
10 foregoing objections, Monex responds as follows:

11     Monex will produce all non-privileged documents responsive to this
12 Request.

13 **REQUEST NO. 69 (Erroneously Numbered Request No. 70)**:

14     All documents that constitute or otherwise relate to the authorization and/or
15 payment of overtime compensation to Class Members at any time from January
16 2000 through the present.

17 **RESPONSE TO REQUEST NO. 69 (Erroneously Numbered Request No. 70)**:

18     Monex objects to this Request on the ground that it is overbroad as to time.
19 Monex reasonably interprets this Request as calling only for documents relating to
20 the relevant time period.  Monex objects to this Request on the ground that it is
21 vague and ambiguous in its use of the phrase "that constitute or otherwise relate to
22 the authorization and/or payment of overtime compensation."   Monex further
23 objects to this Request on the ground that it so overbroad and unduly burdensome
24 as to be harassing.

25 **REQUEST NO. 70 (Erroneously Numbered Request No. 71)**:

26     All documents relating to the work performed by or the compensation paid
27 to (or deductions taken from) any Class Members that are or were maintained by
28 Rose Luna and/or any predecessor or successor in her position.

1 | **RESPONSE TO REQUEST NO. 70 (Erroneously Numbered Request No. 71):**

2 |     Monex objects to this Request on the ground that it is overbroad as to time.

3 | Monex reasonably interprets this Request as calling only for documents relating to

4 | the relevant time period.  Monex objects to this Request on the ground that it is

5 | vague and ambiguous in its use of the phrase "relating to the work performed by or

6 | the compensation paid to (or deductions taken from) any Class Members."  Monex

7 | further objects to this Request on the ground that it so overbroad and unduly

8 | burdensome as to be harassing.

9 | **REQUEST NO. 71 (Erroneously Numbered Request No. 72):**

10 |     All documents relating to the work performed by or the compensation paid

11 | to (or deductions taken from) any Class Members that are or were maintained by

12 | Monex bookkeeper Lou Ballescio [spelling approximate] and/or any predecessor

13 | or successor in his position.

14 | **RESPONSE TO REQUEST NO. 71 (Erroneously Numbered Request No. 72):**

15 |     Monex objects to this Request on the ground that it is overbroad as to time.

16 | Monex reasonably interprets this Request as calling only for documents relating to

17 | the relevant time period.  Monex objects to this Request on the ground that it is

18 | vague and ambiguous in its use of the phrase "relating to the work performed by or

19 | the compensation paid to (or deductions taken from) any Class Members."  Monex

20 | further objects to this Request on the ground that it so overbroad and unduly

21 | burdensome as to be harassing.

22 | Dated: November 5, 2008

RUTAN & TUCKER, LLP
ERNEST W. KLATTE, III
SHAWN M. LARSEN

By: _____

Shawn M. Larsen
Attorneys for Defendants
Monex Deposit Company; Comco
Management Corporation; Monex
Credit Company; and Metco
Management Corporation

1    **VERIFICATION**

2    I   have   read   the   foregoing   "**DEFENDANT   MONEX   DEPOSIT**

3    **COMPANY'S   RESPONSE   TO   PLAINTIFF   LA   PARNE'S   FIRST   SET   OF**

4    **REQUESTS FOR PRODUCTION,"** and know its contents.

5    I am the President of Comco Management Corporation, the general partner of

6    Monex Deposit Company, a party to this action, and I am authorized to make this

7    Verification for and on its behalf, and I make this Verification for that reason.  I am

8    informed and believe and on that ground allege that the matters stated in the

9    foregoing document are true.

10   Executed on November 5, 2008, at Newport Beach, California.

11   I declare under penalty of perjury under the laws of the State of California

12   that the foregoing is true and correct.

13

14

15                                   Louis E. Carabini

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is Rutan & Tucker, LLP, 611 Anton Boulevard, Fourteenth Floor, Costa Mesa, California 92626-1931.  My electronic notification address is kgalasso@rutan.com.

On November 5, 2008, I served the following described as:

**DEFENDANT MONEX DEPOSIT COMPANY'S RESPONSE TO PLAINTIFF LA PARNE'S FIRST SET OF REQUESTS FOR PRODUCTION**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Niall P. McCarthy, Esq. | Alexander G. Van Broek |
| Laura Schlichtmann, Esq. | LAW OFFICES OF ALEXANDER VAN BROEK |
| Justin T. Berger, Esq. | 1999 Harrison Street |
| COTCHETT, PITRE & McCARTHY | Suite 700 |
| 840 Malcolm Road | Oakland, California 94612 |
| Suite 200 | Tel: (510) 446-1922 |
| Burlingame, California 94010 | Fax: (510) 446-1911 |
| Tel: (650) 697-6000 | *Attorney for Plaintiffs, THOMAS LA PARNE and* |
| Fax: (650) 692-3606 | *EMILE BOUARI, individually and on behalf of* |
| *Attorney for Plaintiffs, THOMAS LA PARNE and* | *themselves and all others similarly situated* |
| *EMILE BOUARI, individually and on behalf of* | |
| *themselves and all others similarly situated* | |
| John M. Kelson, Esq. | Thomas A. Pistone, Esq. |
| LAW OFFICES OF JOHN M. KELSON | PISTONE & WOLDER, LLP |
| 1999 Harrison Street | 2010 Main Street |
| Suite 700 | Suite 900 |
| Oakland, California 94612 | Irvine, California 92614-8203 |
| Tel: (510) 465-1326 | Tel: (949) 864-9660 |
| Fax: (510) 465-0871 | Fax: (949) 622-8985 |
| *Attorney for Plaintiffs, THOMAS LA PARNE and* | *Co-Counsel for Defendants, MONEX DEPOSIT* |
| *EMILE BOUARI, individually and on behalf of* | *COMPANY; COMCO MANAGEMENT* |
| *themselves and all others similarly situated* | *CORPORATION; MONEX CREDIT CARD* |
| | *COMPANY; and METCO MANAGEMENT* |
| | *CORPORATION* |

[✓]    **(BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **(BY PERSONAL DELIVERY)** I caused such envelope to be delivered by hand to the offices of the addressee.

[ ]    **(BY FACSIMILE)** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth above, or on the attached service list, on this date before 5:00 p.m.

[ ]    **(BY E-MAIL)** by transmitting a true copy of the foregoing document(s) to the e-

2211/026854-0001
924816.01 a08/04/08

1 | mail addresses set forth as stated above.

2 | [ ]    **(BY OVERNITE EXPRESS)** I caused such envelope to be delivered by OverNite Express to the offices of the addressees

3 |

4 | [✓]    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

5 |     EXECUTED on November 5, 2008, at Costa Mesa, California.

6 |

7 | Kristi Galasso

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2211/026854-0001
924816.01 a08/04/08